**Fill in this information to identify the case:**

Debtor 1: THOMAS ANGELOS

Debtor 2 (Spouse, if filing): MARY ANGELOS

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS (State)

Case number: 13-49449

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: BMO Harris Bank N.A.

Court claim no. (if known): 8

Last 4 digits of any number you use to identify the debtor's account: 9 2 6 6

Property address: 1079 LILY FIELD LANE
Number   Street

BOLINGBROOK    IL    60440
City           State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12 / 19 / 2018
                                                               MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ _____

c. Total. Add lines a and b.                                               (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
                                                                                 MM / DD / YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

| Debtor 1 | THOMAS ANGELOS | Case number (if known) | 13-49449 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

■ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Carla Townsend    Date 11/20/18

Print: Carla Townsend    Title: Bankruptcy Specialist

Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Milwaukee, WI 53201

Contact phone: 866-280-8434    Email: bankruptcy@bmo.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  13-49449

Debtor:   THOMAS AND MARY ANGELOS

CHAPTER:  13

## CERTIFICATE OF SERVICE

I do hereby certify that I have this November 20, 2018, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

THOMAS AND MARY ANGELOS
1079 LILY FIELD LANE
BOLINGBROOK, IL  60440

BRADLEY S COVEY
428 S BATAVIA AVE
BATAVIA, IL 60510

GLENN B STEARNS
801 WARRENVILLE ROAD SUITE 650
LISLE, IL 60532

        BMO Harris Bank, N.A.

        By:  _/s/ Carla Townsend
           Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2